UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN PAUL YOUNG, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 1:13-cv-02016-TWP-MJD |
| CAROLYN W. COLVIN Acting Commissioner, Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

**JUDGMENT**

The Court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner, that John Paul Young was not entitled to Social Security Disability Insurance Benefits and Social Security Supplemental Security Income Disability Benefits based upon his application filed on January 24, 2011, is **AFFIRMED**.

Date: 01/22/2015

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Charles Julian Myers
cmyers7943@sbcglobal.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov